Summons in a Civil Action

# United States District Court

**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

THE MUSIC CLASS, INC., a Georgia
corporation; and

ROBERT G. SAYER, individually,

      Plaintiffs,

    vs.

MUSIC TOGETHER, LLC, a limited liability
company of New Jersey;

MUSIC & MOVEMENT CENTER, LLC, a
limited liability company of New Jersey,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**1:06-CV-2540 RWS**

TO (Name and address of defendant)

Music & Movement Center, LLC, a limited liability company of New Jersey
having a place of business, and registered agent at 66 Witherspoon Street,
Princeton, NJ 08540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SANFORD J. ASMAN, ESQ.
570 Vinington Court
Atlanta, GA 30350

Phone  : (770) 391-0215
Fax    : (770) 668-9144
E-mail : sandy@asman.com

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

**JAMES N. HATTEN**
CLERK

(BY) DEPUTY CLERK

OCT 20 2006
DATE

Summons in a Civil Action

# United States District Court

**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

THE MUSIC CLASS, INC., a Georgia
corporation; and

ROBERT G. SAYER, individually,

    Plaintiffs,

vs.

MUSIC TOGETHER, LLC, a limited liability
company of New Jersey;

MUSIC & MOVEMENT CENTER, LLC, a
limited liability company of New Jersey,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**1:06-CV-2540**

TO (Name and address of defendant)

    Music Together, LLC, a limited liability company of New Jersey having a place of business, and registered agent at 66 Witherspoon Street, Princeton, NJ 08540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    SANFORD J. ASMAN, ESQ.
    570 Vinington Court
    Atlanta, GA 30350

    Phone  : (770) 391-0215
    Fax    : (770) 668-9144
    E-mail : sandy@asman.com

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

**JAMES N. HATTEN**

CLERK

_(signature)_
(BY) DEPUTY CLERK

OCT 2 0 2006

DATE